JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| PAUL M. VEKSLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENVOY MEDIA GROUP, INC.,<br><br>　　　　Defendants. | Case № 2:24-cv-05370-ODW (ASx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 20, 2024

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**